UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DERWIN SHELDON ROBINSON,

           Plaintiff,

   v.

DEPARTMENT OF CORRECTIONS, et al.,

           Defendants.

C21-473 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to LCR(h)(3), the Court requests a response to Plaintiff's Motion for Reconsideration, docket no. 41. Defendants are DIRECTED to file a response to the motion, not to exceed twelve (12) pages, on or before February 21, 2022. Any reply, not to exceed six (6) pages, shall be filed on or before noon on February 25, 2022.

(2) The Court RENOTES the motion, docket no. 41, to February 25, 2022.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of February, 2022.

                                          Ravi Subramanian
                                          Clerk

                                          s/Gail Glass
                                          Deputy Clerk

MINUTE ORDER - 1