The Honorable Thomas Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DERWIN ROBINSON<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF CORRECTIONS; and individually, ROSIE BRISTER, ROBERT HERRERA, JULIE JOHNSON, ERIN RYLANDS, MICHAEL SCHEMNITZER.<br><br>　　　　　　Defendants. | NO. 2:21-cv-00473-TSZ<br><br>STIPULATED MOTION AND ORDER DISMISSING ALL REMAINING DEFENDANTS AND CLAIMS<br><br>Noted on Motion Calendar: 2/15/2022 |

## **STIPULATION**

On February 10, 2022, all remaining parties to this litigation entered a settlement agreement. Therefore, Department of Corrections and all individual defendants, together with Plaintiff, stipulate that the entire case should be dismissed with prejudice and without costs or attorney fees. Specifically, Tyler Karvonen, Elisa Kumar, Erin Westfall, and Dwight Hastings were omitted from Plaintiff's First Amended Complaint for Damages (Dkt. #44), and Rosie Brister, Robert Herrera,

STIPULATION AND ORDER OF DISMISSAL

**LAW OFFICE OF JACKSON MILLIKAN**
2540 Kaiser Rd.
Olympia, WA 98502
Telephone: (360) 866-3556
www.MillikanLawFirm.com

Page **1** of **3**

Julie Johnson, Erin Rylands, and Michael Schemnitzer may also be dismissed. Upon entry of the attached Order, the case may be closed.

STIPULATED AND AGREED TO this 14th day of February, 2022.

| | |
|---|---|
| *s/ Jackson Millikan* | */s/ Bryan Williams* |
| Jackson Millikan, WSBA #47786 | Bryan R. Williams, WSBA #47178 |
| Millikan Law Firm | Assistant Attorney General |
| Attorney for Plaintiff | Attorney for State Defendants |

(Order on Following Page)

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER OF DISMISSAL

LAW OFFICE OF JACKSON MILLIKAN
2540 Kaiser Rd.
Olympia, WA 98502
Telephone: (360) 866-3556
Jackson@MillikanLawFirm.com

Page **2** of **3**

## ORDER

THIS MATTER having come on regularly for hearing upon the foregoing Stipulation of the Parties hereto, and it appearing to the Court, after being fully advised, that the above-entitled case should be dismissed as to all defendants; now, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that the above-entitled matter is hereby dismissed with prejudice without costs or attorney's fees.

ORDERED this _____ day of February, 2022.

_____
HONORABLE THOMAS S. ZILLY

| | |
|---|---|
| *s/ Jackson Millikan* | */s/ Bryan Williams* |
| Jackson Millikan, WSBA #47786 | Bryan R. Williams, WSBA #47178 |
| Millikan Law Firm | Assistant Attorney General |
| Attorney for Plaintiff | Attorney for State Defendants |

STIPULATION AND ORDER OF DISMISSAL

LAW OFFICE OF JACKSON MILLIKAN
2540 Kaiser Rd.
Olympia, WA 98502
Telephone: (360) 866-3556
Jackson@MillikanLawFirm.com